UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASON RUTAN PAPPAS, | No.    16-55191 |
| Petitioner-Appellant, | D.C. No. 5:14-cv-01994-CJC-SS Central District of California, Riverside |
| v. | |
| AMY MILLER, Warden, | ORDER |
| Respondent-Appellee. | |

Before:  WARDLAW and PAEZ, Circuit Judges, and CHHABRIA,[*] District Judge.

The memorandum disposition filed on October 23, 2018 is amended as follows:

On page two of the memorandum disposition, in the paragraph beginning "In addition," replace "In addition, if a juror was (or had been) a member of MADD and did not disclose that membership when asked, this would have shown "actual bias." *Olsen*, 704 F.3d at 1189." with "In addition, if a juror was (or had been) a member of MADD and did not disclose that membership when asked, this may well have shown "actual bias." *Olsen*, 704 F.3d at 1189."

With this amendment, the panel unanimously votes to deny the

_____

[*]    The Honorable Vince Chhabria, United States District Judge for the Northern District of California, sitting by designation.

government's petition for panel rehearing, filed on November 20, 2018. No further petitions for en banc or panel rehearing shall be permitted.